**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                       In Bankruptcy

**ELDRED, LINDA KAYE**

                                                    Case No. 09-49727 WSD
                                                    Chapter 7
        Debtor                                   Hon. Walter Shapero.Detroit
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO:     THE CLERK OF THE COURT

      The attached check in the amount of $4,062.43 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| **CREDITOR NAME** | **CLAIM NO.** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| 1.   Tri County Bank<br>4222 Main St.<br>Brown City, MI 48416 | 1 | 484.43 |
| 2U.  Tri County Bank<br>4222 Main St.<br>Brown City, MI 48416 | 2U | 3,578.00 |
| | TOTAL: | **$4,062.43** |

Dated: August 30, 2010

                                                            /s/ K. Jin Lim, Trustee
                                                           176 S. Harvey Street
                                                           Suite 1
                                                           Plymouth, MI 48170
                                                           (734) 416-9420
                                                           kjinlimtrustee@comcast.net